# UNITED STATES DISTRICT COURT
for the

EASTERN District of New York

| | |
|---|---|
| CESAR BARRIOS<br>*Plaintiff*<br>v.<br>ABC CORPORATION, d/b/a MARIO'S PIZZA CHICKEN & GRILL, and AHMADI MOHIDDIN<br>*Defendant* | )<br>)<br>)  Civil Action No. 20-cv-03798 (BMC)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* CESAR BARRIOS recover from the defendant *(name)* ABC CORPORATION, d/b/a MARIO'S PIZZA CHICKEN & GRILL, and AHMADI MOHIDDIN the amount of One hundred fifty eight thousand six hundred ten dollars and forty cents dollars ($ 158,610.4 0 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge Brian M. Cogan without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 11/08/2023

*Brian M. Cogan*
**U.S.D.J.**